BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>        v.<br><br>CLIFFORD ABRAM MCDOWELL III, AND JESSIE TERRELL WRIGHT,<br><br>             Defendants. | CASE NO. 2:15-CR-00035-JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: July 28, 2015<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

1.      By previous order, this matter was set for status on May 7, 2015.

2.      By this stipulation, defendants now move to continue the status conference until July 28, 2015 at 9:15 a.m., and to exclude time between May 7, 2015, and July 28, 2015, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

   a)      The government has represented that the discovery associated with this case includes transcripts, audio, and reports related to two wiretaps and reports and audio/video from several controlled drug transactions.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b)      Counsel for defendants desire additional time to consult with their clients, review the current charges, to conduct investigation and research related to the charges, to review the discovery, and to otherwise prepare for trial.

      c)    Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)    The government does not object to the continuance.

      e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 7, 2015 to July 28, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 5, 2015

    BENJAMIN B. WAGNER
    United States Attorney

    /s/ JUSTIN L. LEE
    JUSTIN L. LEE
    Assistant United States Attorney

Dated: May 5, 2015

    /s/ LEXI NEGIN
    LEXI NEGIN
    Counsel for Defendant
    JESSIE WRIGHT

Dated: May 5, 2015

    /s/ OLAF HEDBERG
    OLAF HEDBERG
    Counsel for Defendant
    CLIFFORD MCDOWELL

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 5th day of May, 2015.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE