BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CLIFFORD ABRAM MCDOWELL III, AND JESSIE TERRELL WRIGHT,<br><br>  Defendants. | CASE NO. 2:15-CR-00035-JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: September 15, 2015<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

1.  By previous order, this matter was set for status on September 9, 2015.

2.  By this stipulation, defendants now move to continue the status conference until November 3, 2015 at 9:15 a.m., and to exclude time between September 9, 2015, and November 3, 2015 at 9:15 a.m., under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  The government has represented that the discovery associated with this case includes transcripts, audio, and reports related to two wiretaps and reports and audio/video from several controlled drug transactions. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b)  Counsel for defendants desire additional time to consult with their clients, review the current charges, to conduct investigation and research related to the charges, to review the

discovery, and to otherwise prepare for trial.

    c) Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d) The government does not object to the continuance.

    e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 9, 2015 to November 3, 2015 at 9:15 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 11, 2015       BENJAMIN B. WAGNER
     United States Attorney

     /s/ JUSTIN L. LEE
     JUSTIN L. LEE
     Assistant United States Attorney

Dated:  September 11, 2015       /s/ LEXI NEGIN
     LEXI NEGIN
     Counsel for Defendant
     JESSIE WRIGHT

Dated:  September 11, 2015       /s/ OLAF HEDBERG
     OLAF HEDBERG
     Counsel for Defendant
     CLIFFORD MCDOWELL

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 11th day of September, 2015.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE