The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 673
Sacramento, California 95814
(916) 447-1192 office
1-412-774-3537 fax
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| THE UNITED STAES OF AMERICA<br><br>V.<br><br><br>Clifford McDowell | Case Number: 15-CR-0035<br><br>[~~PROPOSED~~] SEALING ORDER |

IT IS HEREBY ORDERED THAT Defendant's Supplemental Bail Motion Brief, Exhibit In Support of Bail Motion and Request for Sealing Order be filed under seal.

Dated: September 21, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1