The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 673
Sacramento, California 95814
(916) 447-1192 office
1-412-774-3537 fax
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| THE UNITED STAES OF AMERICA<br><br>V.<br><br>CLIFFORD ABRAM MCDOWELL III, AND JESSIE TERRELL WRIGHT | Case Number:  15-CR-00035 JAM<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE**<br><br>**DATE: Nov. 3, 2015**<br>**TIME: 9:15 am**<br>**DEPT: JAM** |

### STIPULATION

1. By previous order, this matter was set for status on November 3, 2015.

2. By this stipulation, defendants now move to continue the status conference until December 8, 2015 at 9:15 a.m., and to exclude time between November 3, 2015, and December 8, 2015, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case

includes transcripts, audio, and reports related to two wiretaps and reports and audio/video from several controlled drug transactions. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendants desire additional time to consult with their clients, review the current charges, to conduct investigation and research related to the charges, to review the discovery, and to otherwise prepare for trial.

c) Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 3, 2015 to December 8, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv)  [Local Code T4] because it results from a continuance granted by the Court at  defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 29, 2015        BENJAMIN B. WAGNER
                               United States Attorney
                               /s/ JUSTIN L. LEE
                               JUSTIN L. LEE
                               Assistant United States Attorney

Dated: October 29, 2015        /s/ LEXI NEGIN
                               LEXI NEGIN
                               Counsel for Defendant
                               JESSIE WRIGHT

Dated: October 29, 2015
                               /s/ OLAF HEDBERG
                               OLAF HEDBERG
                               Counsel for Defendant
                               CLIFFORD MCDOWELL

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 29th day of October, 2015

/s/ John A. Mendez_____
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE