HEATHER E. WILLIAMS, #122664
Federal Defender
ALEXANDRA P. NEGIN, #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JESSIE WRIGHT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:15-cr-035 JAM |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) ) | |
| JESSIE WRIGHT, et al., | ) ) | DATE: January 26, 2016<br>TIME: 9:15 a.m. |
| Defendants. | ) ) | JUDGE: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Justin Lee, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Lexi Negin, attorney for Jessie Terrell Wright and through Olaf Hedberg, attorney Clifford Abram McDowell, that the status conference scheduled for January 26, 2016 be vacated and continued to March 15, 2016 at 9:15 a.m.

The reasons for this continuance are to allow defense counsel additional time to review discovery with the defendants, to continue investigating the facts of the case, and to negotiate a resolution to this matter.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including March 15, 2016;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

1  Counsel and the defendant also agree that the ends of justice served by the Court granting this
2  continuance outweigh the best interests of the public and the defendant in a speedy trial.

3  DATED: January 21, 2016                         Respectfully submitted,

4                                                  HEATHER E. WILLIAMS
                                                   Federal Defender
5

6                                                  */s/ Lexi Negin*
                                                   LEXI NEGIN
7                                                  Assistant Federal Defender
                                                   Attorney for Defendant
8                                                  JESSIE TERRELL WRIGHT

9
   DATED: January 21, 2016                         */s/ Olaf Hedberg*
10                                                 OLAF HEDBERG
                                                   Attorney for Defendant
11                                                 CLIFFORD ABRAM MCDOWELL

12
   DATED: January 21, 2016                         BENJAMIN B. WAGNER
13                                                 United States Attorney

14                                                 */s/ Justin Lee*
                                                   JUSTIN LEE
15                                                 Assistant U.S. Attorney
                                                   Attorney for Plaintiff
16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Continue                  -2-

# **O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial. The Court orders the time from the date the parties stipulated, up to and including March 15, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the January 26, 2016 status conference shall be continued until March 15, 2016, at 9:15 a.m.

DATED: January 21, 2016

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge