MICHAEL W. BERDINELLA, SBN: 085038
Law Office of Michael W. Berdinella
726 West Barstow, Suite 100
Fresno, CA 93704
E-mail: attyberdinella@gmail.com
Phone: (559) 436-8000
Fax:    (559) 436-8900

Attorney for Defendant
Clifford Abram McDowell

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     Respondent/Plaintiff,   vs.   CLIFFORD ABRAM MCDOWELL,     Petitioner/Defendant. | ) Case No.: 2:15CR00035-1 ) ) **ORDER TO SEAL DOCUMENTS** ) ) ) ) **Hon. John A. Mendez, Presiding** ) ) ) |

Upon application of the Defendant Clifford Abram McDowell., through Counsel, and good cause being show as set forth in defendant's request to seal at docket 82,

IT IS HEREBY ORDERED that Exhibits 1 through 12 to Defendant's August 17, 2020 *Emergency* Motion To Reduce Sentence shall be SEALED until ordered unsealed by the Court.

**IT IS SO ORDERED**

Dated:   August 17, 2020            /s/ John A. Mendez_____

                                    Hon. John A. Mendez

                                    United States District Court Judge
                                    For the Eastern District of California

Request to Seal  - 1