```
McGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>CLIFFORD ABRAM McDOWELL,<br><br>　　　　　　　　　　Defendant. | CASE NO.  2:15-CR-00035-JAM<br><br>STIPULATION AND ORDER<br>TO SET BRIEFING SCHEDULE<br><br>DATE:<br>TIME:<br>COURT: Hon. John A. Mendez |

### **STIPULATION TO SET BRIEFING SCHEDULE**

On August 17, 2020, the defendant filed an Emergency Motion to Reduce Sentence Under 18 U.S.C. § 3582(c)(1)(A)(i).  (Doc. 80.)  That same day, the Court set a briefing schedule by minute order.  (Doc. 84.)  By this stipulation, the parties jointly request that the Court set the following briefing schedule:

　　1. The United States's response shall be filed by September 8.

　　2. The defendant's reply shall be filed by September 15.

　　IT IS SO STIPULATED.

///

///

///

///

STIPULATED REQUEST FOR BRIEFING SCHEDULE                    1

| | | |
|---|---|---|
| 1 | Dated: August 27, 2020 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | | |
| 3 | | /s/ JUSTIN L. LEE |
| 4 | | JUSTIN L. LEE<br>Assistant United States Attorney |
| 5 | | |
| 6 | Dated: August 27, 2020 | /s/ MICHAEL W. BERDINELLA |
| 7 | | MICHAEL W. BERDINELLA<br>Counsel for Defendant<br>Clifford McDowell |

**ORDER**

Based on the request of the parties, the Court adopts the following briefing schedule. The United States shall file its response to the defendant's motion by September 8, 2020. The defendant shall file any reply by September 15, 2020.

IT IS SO ORDERED this 28th day of August, 2020.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE