MICHAEL W. BERDINELLA, SBN: 085038
Law Office of Michael W. Berdinella
726 West Barstow, Suite 100
Fresno, CA 93704
Phone: (559) 436-8000
Fax:    (559) 436-8900

Counsel for Defendant,
Clifford Abram McDowell

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    vs.<br><br>CLIFFORD ABRAM MCDOWELL,<br>         Defendant. | Case No.: **2:15CR00035-JAM**<br><br>**STIPULATION AND ORDER TO CONTINUE DUE DATE OF DEFENDANT'S REPLY TO THE GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(C)(1)(A)**<br><br>**Hon. John A. Mendez, Presiding** |

**TO: THE HON. JOHN A. MENDEZ, JUDGE FOR THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:**

On August 17, 2020, the Defendant filed an Emergency Motion to Reduce Sentence Under 18 U.S.C. § 3582(c)(1)(A)(i). (Doc. 80). The Government filed its Opposition to the Defendants Motion to Reduce Sentence on September 8, 2020 (Document 44). Due to Mr. McDowell's recent hospitalization and current health issues involving post-surgery complications from diverticulitis and the ongoing uncertainty of his medical condition, the parties have agreed to Stipulate to Continue the Due Date of the Defendant's Reply to the Government's Opposition to the Defendants Emergency Motion to Reduce Sentence until January 11, 2021.

//

//

//

IT IS SO STIPULATED

Dated: 11/10/2020                  */s/ Justin L. Lee*
                                   Justin L. Lee
                                   Assistant United States Attorney


Dated: 11/10/2020                  */s/ Michael W. Berdinella*
                                   MICHAEL W. BERDINELLA
                                   Attorney for Defendant
                                   CLIFFORD ABRAM MCDOWELL


**ORDER**

Based on the Stipulation of the parties, the Court orders that the Defendant shall file his Reply to the Government's Opposition to the Defendants Emergency Motion to Reduce Sentence by January 11, 2021.

IT IS SO ORDERED this 10th day of November, 2020.


DATED:  November 10, 2020          /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   UNITED STATES DISTRICT COURT JUDGE