MICHAEL W. BERDINELLA, SBN: 085038
Law Office of Michael W. Berdinella
726 West Barstow, Suite 100
Fresno, CA 93704
Phone: (559) 436-8000
Fax:     (559) 436-8900

Counsel for Defendant,
Clifford Abram McDowell

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>CLIFFORD ABRAM MCDOWELL,<br>          Defendant. | Case No.: **2:15CR00035-JAM**<br><br>**STIPULATION AND ORDER TO CONTINUE DUE DATE OF DEFENDANT'S REPLY TO THE GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(C)(1)(A)**<br><br>**Hon. John A. Mendez, Presiding** |

**TO: THE HON. JOHN A. MENDEZ, JUDGE FOR THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:**

On August 17, 2020, the Defendant filed an Emergency Motion to Reduce Sentence Under 18 U.S.C. § 3582(c)(1)(A)(i). (Doc. 80).  The Government filed its Opposition to the Defendants Motion to Reduce Sentence on September 8, 2020 (Document 91). Due to the need to obtain further information for Mr. McDowell's Reply Brief and that Counsel for Mr. McDowell has been short-staffed for some time, it is necessary to continue the filing date for Mr. McDowell's Reply Brief until January 25, 2021 in order to allow Counsel to have adequate time to investigate and prepare said Motion. The parties have agreed to Stipulate to Continue the Due Date of the Defendant's Reply to the Government's Opposition to the Defendants Emergency Motion to Reduce Sentence until January 25, 2021.

//

IT IS SO STIPULATED

Dated: 01/06/2021                             */s/ Justin L. Lee*
                                              Justin L. Lee
                                              ASSISTANT UNITED STATES ATTORNEY


Dated: 01/06/2021                             */s/ Michael W. Berdinella*
                                              MICHAEL W. BERDINELLA
                                              Attorney for Defendant
                                              CLIFFORD ABRAM MCDOWELL


## ORDER

Based on the Stipulation of the parties, the Court orders that the Defendant shall file his Reply to the Government's Opposition to the Defendants Emergency Motion to Reduce Sentence by January 25, 2021.

IT IS SO ORDERED.

Dated: January 7, 2021                        /s/ John A. Mendez
                                              THE HONORABLE JOHN A. MENDEZ
                                              UNITED STATES DISTRICT COURT JUDGE