MICHAEL W. BERDINELLA, SBN: 085038
Law Office of Michael W. Berdinella
726 West Barstow, Suite 100
Fresno, CA 93704
E-mail: attyberdinella@gmail.com
Phone: (559) 436-8000
Fax:    (559) 436-8900

Counsel for Defendant,
Clifford Abram McDowell

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15CR00035-1 |
| Plaintiff, | **ORDER TO SEAL RECORDS** |
| vs. | **Hon. John A. Mendez, Presiding** |
| CLIFFORD ABRAM MCDOWELL, | |
| Defendant. | |

Upon application of the Defendant Clifford McDowell, through Counsel Michael W. Berdinella, and good cause being show as set forth in Defendant's Request to Seal at Docket 112,

IT IS HEREBY ORDERED that Defendant's Exhibits A through N in support of Mr. McDowell's **Defendant's Reply to the Government's Opposition to Defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. 3582(C)(1)(A).** shall be SEALED until ordered unsealed by the Court.

**IT IS SO ORDERED**

DATED: January 26, 2021          /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  UNITED STATES DISTRICT COURT JUDGE