UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No.  2:15-cr-00035-JAM |
|---|---|
| Plaintiff, | |
| v. | **ORDER OF RELEASE** |
| CLIFFORD ABRAM MCDOWELL, | |
| Defendant. | |

On January 26, 2021, the Court issued a Minute Order explaining that it finds extraordinary and compelling reasons warranting the termination of the remainder of Defendant's sentence.  See Order, ECF No. 113.  The Court now grants Defendant's Motion for Compassionate Release and hereby orders Defendant be released pursuant to the below listed conditions of release.

I.  CONDITIONS OF RELEASE

1. Prior to release from custody, the defendant shall complete a fourteen-day period of quarantine within the Bureau of Prisons.
2. The defendant shall be released from custody following

completion of the fourteen-day period of quarantine if he has not displayed any symptoms of, or tested positive for, COVID-19 during this quarantine period.

3. Upon his release, the defendant shall be transported by his wife, Kanajee McDowell, to a residence approved by the United States Probation Office.

4. The Court shall retain jurisdiction during the defendant's quarantine period.  If the defendant tests positive for COVID-19 during the quarantine period, the government may notify the Court of the defendant's positive test and seek an extension of the defendant's release date until such time as the Bureau of Prisons clears the defendant from quarantine.

5. The Judgment entered on June 28, 2016 remains in effect. <u>See</u> Judgment, ECF No. 70.  Accordingly, per the terms of the Judgment, the defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prison to begin serving his 60-month term of supervised release.

IT IS SO ORDERED.

Dated: February 8, 2021

JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE